IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | |
|---|---|
| Stephanie Jackson,<br>                     Plaintiff,<br><br>                 v.<br><br>The City of Chester,<br>                     Defendant. | C.A. No.:<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |

Defendant, The City of Chester (hereinafter "Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) hereby files this Notice of Removal, based on the following grounds:

1. The City of Chester is the defendant in State Case No. 2022-CP-12-00434, entitled "Stephanie Jackson v. The City of Chester."

2. Plaintiff commenced the action referred to in paragraph 1 by filing her Summons and Complaint in Chester County Court of Common Pleas, on September 28, 2022. Plaintiff asserted State law claims of unjust enrichment, breach of contract, and violation of the South Carolina Payment of Wages Act.

3. Defendant filed its Answer and Counterclaims on November 7, 2022.

4. Plaintiff filed a Motion to Dismiss or Strike Defendant's Affirmative Defenses and Counterclaims on December 7, 2022.

5. On March 5, 2024, Plaintiff filed a Consent Motion to Amend the Complaint; the court granted the motion thereafter.

6. Plaintiff filed an Amended Complaint on March 6, 2024, to allege an additional cause of action for violation of the Equal Pay Act of 1963 against the Defendant.

1

7. Plaintiff electronically served Defendant's counsel with a copy of the Amended Summons and Complaint on March 6, 2024.

8. A Copy of the Pleadings and Motions are attached as **Exhibits A through I** and constitute all process, pleadings, and orders received by Defendant.

9. The present action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and is one which Defendant may remove pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff's claims arise under the laws of the United States.

10. The Amended Complaint alleges violations of the Equal Pay Act of 1963.

11. Therefore, the Complaint may properly be removed on the basis of federal question jurisdiction.

12. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b)(3).

13. Venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

14. This Notice of Removal of Civil Action is filed within thirty (30) days after receipt by Defendant, by service or otherwise, of a copy of the initial pleading setting forth the Plaintiff's claims for relief and is therefore timely under 28 U.S.C. § 1446(b).

15. Defendant will file a copy of this Notice of Removal with the Clerk of Court of Common Pleas of Chester County, South Carolina, and will give written notice of this Notice of Removal to the Plaintiff, the only adverse party, as required by 28 U.S.C. § 1446(d). A copy of these notices is attached hereto as **Exhibit J**.

WHEREFORE, Defendant prays that the above action now pending in the Court of Common Pleas of Chester County, South Carolina, be removed to this Court.

[SIGNATURE ON NEXT PAGE]

2

**BOYKIN & DAVIS, LLC**

By: s/Tierney F. Goodwyn

    Charles J. Boykin (Fed. I.D. No. 6310)
    Kenneth A. Davis (Fed. I.D. No. 9048)
    Tierney F. Goodwyn (Fed I.D. No 12146)

    P.O. Box 11844
    Columbia, SC 29211
    Telephone: (803) 254-0707
    Facsimile: (803) 254-5609

    cjboykin@boykinlawsc.com
    kdavis@boykinlawsc.com
    tgoodwyn@boykinlawsc.com

Attorneys for Defendant

April 5, 2024
Columbia, South Carolina

3